UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Case No. 20-cr-20318-1

v.                                  HON. STEPHEN J. MURPHY III

RICARDO ZAMORA,

       Defendant.
_____/

## STIPULATION TO SET MOTION CUT-OFF DATE

Through their respective counsel, the parties stipulate and agree that the Motion Cut-Off in this matter shall be January 28, 2022.

**IT IS SO STIPULATED**.

Respectfully submitted,

| s/Robert Jerome White (with consent) | s/Elias J. Escobedo |
|---|---|
| Robert Jerome White | Elias J. Escobedo, Jr. PLLC |
| Assistant United States Attorney | Counsel for Ricardo Zamora |
| 211 W. Fort Street, Suite 2001 | 955 West Huron St. |
| Detroit, Michigan  48226 | Waterford, Michigan 48328 |
| Phone: (313) 226-9620 | (248) 682-8400 |
| e-mail: Robert.white@usdoj.gov | email: elias@escobedolaw.com |

Dated:     December 2, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 20-cr-20318-1

v.                                 HON. STEPHEN J. MURPHY III

RICARDO ZAMORA,

        Defendant.
_____/

**ORDER SETTING MOTION CUT-OFF DATE**

This matter having come before the Court upon the stipulation of the parties:

IT IS HEREBY ORDERED that the Motion Cut-Off in this matter shall be January 28, 2022.

SO ORDERED.

                                            s/Stephen J. Murphy, III
                                            STEPHEN J. MURPHY, III
                                            UNITED STATES DISTRICT JUDGE

Dated: December 2, 2021