# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,            Case No.  20-cr-20318-1

         Plaintiff,           Hon. Stephen J. Murphy III

v.

RICARDO ZAMORA,

         Defendant.

_____/

## STIPULATION TO ADJOURN THE SENTENCING DATE

The United States of America and Defendant Ricardo Zamora agree that there is good cause adjourn the sentencing date in this case, currently scheduled for October 20, 2022.  The parties, having conferred with the Court, are requesting the sentencing date be adjourned until December 15, 2022, at 10:30 a.m.

It is so stipulated.

Respectfully Submitted,

/s/ Robert J. White
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226
robert.white@usdoj.gov
(313) 226-9620

/s/ Elias Escobedo  (with consent)
Attorney for Ricardo Zamora

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,　　　　　　　　　Case No.  20-cr-20318-1

　　　　　　Plaintiff,　　　　　　　　　　　　Hon. Stephen J. Murphy III

v.

RICARDO ZAMORA,

　　　　　　Defendant.
_____/

## ORDER ADJOURNING THE SENTENCING DATE

This matter coming before the court on the stipulation of the parties, it is hereby:

**ORDERED** that the sentencing scheduled on October 20, 2022, shall be adjourned until December 15, 2022, at 10:30 a.m.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　s/Stephen J. Murphy, III
　　　　　　　　　　　　　　　　　　　　STEPHEN J. MURPHY, III
Dated: October 11, 2022　　　　　　　　　　United States District Court Judge