UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-cr-20318-1 |
| Plaintiff, | Hon. Stephen J. Murphy, III |
| v. | |
| RICARDO ZAMORA, | |
| Defendant. | |

## **STIPULATION TO ADJOURN SENTENCING DATE**

The United States of America and Defendant Ricardo Zamora agree that there is good cause adjourn the sentencing date in this case, currently scheduled for December 15, 2022. The parties, having conferred with the Court, are requesting the sentencing date be adjourned until March 23, 2023, at 11:00 a.m.

It is so stipulated.

Respectfully Submitted,

/s/ Robert J. White
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226
robert.white@usdoj.gov
(313) 226-9620

/s/ Elias Escobedo  (with consent)
Attorney for Ricardo Zamora

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,        Case No.  20-cr-20318-1

       Plaintiff,        Hon. Stephen J. Murphy, III

v.

RICARDO ZAMORA,

       Defendant.
_____/

## ORDER ADJOURNING SENTENCING DATE

This matter coming before the court on the stipulation of the parties, it is hereby:

**ORDERED** that the sentencing scheduled on December 15, 2022, shall be adjourned until March 23, 2023, at 11:00 a.m.

**SO ORDERED.**

       s/Stephen J. Murphy, III
       STEPHEN J. MURPHY, III
       United States District Court Judge

Dated: November 22, 2022