# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,          Case No. 20-cr-20318-1

         Plaintiff,          Hon. Stephen J. Murphy, III

v.

RICARDO ZAMORA,

         Defendant.
_____/

## STIPULATION TO ADJOURN SENTENCING DATE

The United States of America and Defendant Ricardo Zamora agree that there is good cause adjourn the sentencing date in this case, currently scheduled for March 23, 2023. The parties, having conferred with the Court, are requesting the sentencing date be adjourned until June 1, 2023, at 11:00 a.m.

It is so stipulated.

Respectfully Submitted,

/s/ Robert J. White
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226
robert.white@usdoj.gov
(313) 226-9620

/s/ Elias Escobedo (with consent)
Attorney for Ricardo Zamora

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,  Case No. 20-cr-20318-1

    Plaintiff,  Hon. Stephen J. Murphy, III

v.

RICARDO ZAMORA,

    Defendant.
_____/

## ORDER ADJOURNING SENTENCING DATE

This matter coming before the court on the stipulation of the parties, it is hereby:

**ORDERED** that the sentencing scheduled on March 23, 2023, shall be adjourned until June 1, 2023, at 11:00 a.m.

**SO ORDERED.**

Dated: March 9, 2023

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Court Judge